1   HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
2   ERIN SNIDER, CA Bar #304781
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    FRANK S. DURAN
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No. 5:21-po-00364-SAB

12              Plaintiff,                 **STIPULATION TO CONTINUE BENCH
                                           TRIAL; ORDER**
13  vs.
                                           Date:  November 1, 2022
14  FRANK S. DURAN,                        Time:  10:00 a.m.
                                           Judge: Hon. Stanley A. Boone
15              Defendant.

16

17          IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant

19  Federal Defender Erin Snider, counsel for Frank S. Duran, that the Court may continue the bench

20  trial currently scheduled for October 4, 2022, to November 1, 2022, at 10:00 a.m.

21          Defense counsel has been preparing for a trial in United States v. Racion, Case No. 1:20-

22  cr-00020-JLT-SKO. Trial was originally scheduled for September 12, 2022; however, it was

23  continued one week due to a scheduling conflict with another ongoing trial. Trial will now begin

24  September 19, 2022.  Due to witness availability, it is likely that trial will not conclude until

25  October 4, 2022.

26          Given defense counsel's trial schedule, the parties request that the Court continue the

27  October 4, 2022 bench trial to November 1, 2022, at 10:00 a.m.

28  / / /

1                                Respectfully submitted,

2

3                                PHILLIP A. TALBERT
                                 United States Attorney

4

5    Date: September 19, 2022          */s/ Jeffrey Spivak*
                                 JEFFREY SPIVAK

6                                Assistant United States Attorney
                                 Attorney for Plaintiff

7
                                 HEATHER E. WILLIAMS

8                                Federal Defender

9    Date: September 19, 2022          */s/ Erin Snider*
                                 ERIN SNIDER

10                               Assistant Federal Defender
                                 Attorney for Defendant

11                               FRANK S. DURAN

12

13                             **O R D E R**

14         **IT IS SO ORDERED.**  The Court hereby continues the bench trial currently scheduled

15   for October 4, 2022, to November 1, 2022, at 10:00 a.m.

16

17   IT IS SO ORDERED.

18   Dated:   **September 20, 2022**

19                               UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

Duran – Stipulation to Continue Bench Trial        2