HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
FRANK S. DURAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:21-po-00364-CDB |
| Plaintiff, | STIPULATION TO VACATE BENCH TRIAL AND SET FOR CHANGE-OF-PLEA AND SENTENCING; [~~PROPOSED~~] ORDER <u>AS MODIFIED</u> |
| vs. | |
| FRANK S. DURAN, | Date:   February 7, 2023 |
| Defendant. | Time:   10:00 a.m. |
| | Judge:  Hon. Christopher D. Baker |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Chan Hee Chu, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Frank S. Duran, that the Court may vacate the bench trial currently scheduled for February 7, 2023, at 10:00 a.m. and instead set the matter for a change-of-plea and sentencing hearing on February 7, 2023, at 10:00 a.m. The parties have reached a plea agreement, pursuant to which Mr. Duran will plead guilty to a violation of 36 C.F.R. § 4.23(a)(2) and the government will recommend 12 months of unsupervised probation with the following conditions: (1) serve 2 days in jail (with credit for time served); (2) pay a $1,500 fine, $10 special assessment, and $30 processing fee, for a total financial obligation of $1,540; and (3) complete a multi-offender DUI program in the state in which Mr. Duran resides. As part of the plea agreement, Mr. Duran will waive his right to appeal.

1                                Respectfully submitted,

2                                PHILLIP A. TALBERT
United States Attorney

3

4  Date:  February 1, 2023               */s/ Chan Hee Chu*
CHAN HEE CHU

5                                Special Assistant United States Attorney
Attorney for Plaintiff

6

7                                HEATHER E. WILLIAMS
Federal Defender

8

9  Date: February 1, 2023               */s/ Erin Snider*
ERIN SNIDER

10                               Assistant Federal Defender
Attorney for Defendant

11                               ERIN SNIDER

12

13                            **ORDER**

14         **IT IS SO ORDERED.**  The Court vacates the bench trial scheduled for February 7,

15  2023, at 10:00 a.m. The Court schedules a change-of-plea and sentencing hearing for February 7,

16  2023, at 10:00 a.m.  The Court notes the terms of the plea agreement as represented in the

17  parties' stipulation and reiterates that the Court is neither a party to nor bound by those terms.

18  IT IS SO ORDERED.

19       Dated:  **February 2, 2023**

20                                UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28