| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, CA Bar #304781 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | FRANK S. DURAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:21-po-00364-CDB |
| Plaintiff, | *UNOPPOSED* MOTION FOR ORDER AUTHORIZING VIDEO APPEARANCE; [PROPOSED] ORDER AS MODIFIED |
| vs. | |
| FRANK S. DURAN, | Date:   February 7, 2023 |
| Defendant. | Time:   10:00 a.m. |
| | Judge:  Hon. Christopher D. Baker |

Defendant Frank S. Duran hereby moves this Court for an order authorizing him to appear via video at the February 7, 2023 hearing.

In a separately filed stipulation, the parties have requested that the Court vacate the bench trial scheduled for February 7, 2023, and instead set the matter for a change of plea/sentencing on that same date. Given that that the matter will not be proceeding to trial, the defense requests that the Court permit Mr. Duran to appear via video conference. Mr. Duran lives in Waterville, Ohio—approximately 2,252 miles from Bakersfield, California. Traveling to Bakersfield would impose a financial hardship on Mr. Duran, both because of the cost of travel and the time missed working. Defense counsel contacted counsel for the government via email on February 1, 2023, and counsel for the government indicated that he had no objection to this request.

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 1, 2023        */s/ Erin M. Snider*
ERIN M. SNIDER
Assistant Federal Defender
Attorney for Defendant
FRANK S. DURAN

## **O R D E R**

Because Defendant resides approximately 2,252 miles from Bakersfield, the Court GRANTS the request to appear remotely for the change of plea hearing to the extent Defendant may appear from <u>The United States District Court, Northern District of Ohio, 1716 Spielbusch Avenue, Toledo, Ohio 43604, at 10:00 AM PST (1:00 PM EST).</u>  Counsel is directed to contact and coordinate with Courtroom Deputy Susan Hall to make arrangements for Defendant's appearance.  Defendant should plan on arriving at least 30 minutes before his scheduled remote appearance.

IT IS SO ORDERED.

Dated:  **February 2, 2023**                    UNITED STATES MAGISTRATE JUDGE