# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:21-po-00364-CDB |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| FRANK S. DURAN, | |
| Defendant. | |

Defendant Frank S. Duran, having been sentenced on May 9, 2024, to 12 months of Probation,

IT IS HEREBY ORDERED that the Defendant shall be released FORTHWITH. A Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **May 9, 2024**  

_____
UNITED STATES MAGISTRATE JUDGE

1