|   |   |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664<br>Federal Defender |
| 2 | ERIN SNIDER, CA Bar #304781<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>FRANK S. DURAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK S. DURAN,<br><br>    Defendant. | Case No. 5:21-po-00364-CDB-1<br><br>*UNOPPOSED* MOTION FOR ORDER AUTHORIZING VIDEO APPEARANCE; [PROPOSED] ORDER<br><br>Date:  April 1, 2025<br>Time:  10:00 a.m.<br>Judge:  Hon. Christopher D. Baker |
|---|---|

Defendant Frank S. Duran hereby moves this Court for an order authorizing him to appear via video at the April 1, 2025 review hearing.

As noted in the March 18, 2025 status report, Mr. Duran has paid a total of $1,650 toward his $2,040 financial obligation. He anticipates that the remaining balance of $390 will be paid before the April 1, 2025 review hearing. Also as noted in the March 18, 2025 status report, Mr. Duran enrolled in Ohio's Driver Intervention Program, which the Court previously found would satisfy the condition that he complete a DUI multi-offender program. He has since completed that program. Proof has been provided to the government and is also attached to this motion. *See* Exh. A.

As the Court is aware, Mr. Duran resides near Toledo, Ohio—well over 2,000 miles away from Bakersfield. Traveling to Bakersfield would impose a financial hardship on Mr. Duran, both because of the cost of travel and the time missed working. Consequently, Mr. Duran seeks

authorization to appear via video at the April 1, 2025 review hearing. Defense counsel contacted counsel for the government via email on March 25, 2025, and counsel for the government indicated that he had no objection to this request. If the Court permits Mr. Duran to appear via video, defense counsel also requests to appear via video, as counsel is based in Fresno.

                                                    Respectfully submitted,

                                                    HEATHER E. WILLIAMS
                                                    Federal Defender

Date: March 25, 2025                          */s/ Erin Snider*
                                                    ERIN SNIDER
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    FRANK S. DURAN

## **O R D E R**

**IT IS SO ORDERED.** Defendant Frank S. Duran, as well as counsel in the case, are authorized to appear via video at the April 1, 2025 hearing.

IT IS SO ORDERED.

Dated:   **March 25, 2025**                                                   
                                                            UNITED STATES MAGISTRATE JUDGE